In the Matter of the Claim of ELSIE H. EDWARDS, Appellant, against INTERNATIONAL TELEPHONE & RADIO CO. et al., Respondents.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 19, 1947; decided July 2, 1947.

*Emil K. Ellis* and *Abraham J. Heller* for appellant.

*John W. Manning* and *Phillip J. Landry, Jr.*, for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.